# United States District Court
## Northern District of Illinois
### Eastern Division

Cheryl Street                          **JUDGMENT IN A CIVIL CASE**

    v.                                    Case Number: 06 C 2963

Ingalls Memorial Hospital

■      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendant, Ingalls Memorial Hospital, and against plaintiff, Cheryl Street.

                                                     Michael W. Dobbins, Clerk of Court

Date: 10/16/2008                            /s/ Katie Franc, Deputy Clerk